## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 112 EAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SILIS WELLS, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 114 EAL 2016 |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SILIS WELLS, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 115 EAL 2016 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| SILIS WELLS | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 16th day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.